```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         SOUTHERN DIVISION
```

WILLIAM GERALD MITCHELL                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 1:04cv865DCB

CHRISTOPHER EPPS, COMMISSIONER
MISSISSIPPI DEPARTMENT OF CORRECTIONS
AND DR. DONALD A. CABANA, SUPERINTENDENT,
MISSISSIPPI STATE PENITENTIARY                             RESPONDENTS

## BRIEFING SCHEDULE

This matter is before the Court *sua sponte*. Petitioner William Gerald Mitchell filed his 28 U.S.C. § 2254 habeas corpus petition on June 15, 2005. Respondents filed their answer that same day. The petitioner has been appointed counsel [see docket entries no. 13 & 14]. Accordingly,

IT IS HEREBY ORDERED that the petitioner file a brief supporting his habeas corpus petition within has sixty (60) days of entry of this order.

IT IS FURTHER ORDERED that the respondents respond to the petitioner's brief within thirty (30) days.

IT IS FURTHER ORDERED that the petitioner reply to the respondents' reply within fifteen (15) days.

SO ORDERED this the  27th  day of October, 2006.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE