## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**WILLIAM MITCHELL**                                                    **PETITIONER**

**VS.**                                                    **CIVIL ACTION NO.: 1:04CV865LG**

**CHRISTOPHER EPPS, Commissioner,**
**Mississippi Department of Corrections;**
**MICHAEL A. WILSON, Superintendent,**
**Mississippi State Penitentiary and JIM**
**HOOD, Attorney General of the State of**
**Mississippi**                                                    **RESPONDENTS**

---

## FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, the Court, after review and consideration of the Petition, the record, and the relevant legal authority, finds that, in accord with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 that was entered in this matter,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus [11] is denied and this cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 22nd day of March, 2010.


*s/Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE